

Bobby Saadian, SBN 250377
ADA@wilshirelawfirm.com
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

BRETT DESALVO, individually and on behalf of all others similarly situated,

              Plaintiff,

   v.

BUILD-A-BEAR WORKSHOP, INC., a Delaware corporation; and DOES 1 to 10, inclusive,

              Defendants.

CASE NO.: 2:19-cv-08609-MWF-JEM

**NOTICE OF SETTLEMENT**

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

Plaintiff, Brett DeSalvo ("Plaintiff"), hereby notifies the Court that the claims of Plaintiff have settled on an individual basis.  A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.  Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: September 3, 2020                          Respectfully Submitted,


                                                  /s/ Thiago M. Coelho
                                                  Thiago M. Coelho
                                                  Bobby Saadian
                                                  **WILSHIRE LAW FIRM**
                                                  *Attorneys for Plaintiff and*
                                                  *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: September 3, 2020                  _/s/ Thiago M. Coelho_
                                          Thiago M. Coelho

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137