Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff and Proposed Class*

Ben Suter, CASB No. 107680
ben.suter@kyl.com
**KEESAL, YOUNG & LOGAN**
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000

Phillip J. Mackey, *Pro Hac Vice Forthcoming*
pmackey@lewisrice.com
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-1343
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO,, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>BUILD-A-BEAR WORKSHOP, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-08609-MWF-JEM<br><br>*Assigned for all purposes to Hon. Michael W. Fitzgerald*<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff BRETT DESALVO ("Plaintiff"), and Defendant BUILD-A-BEAR WORKSHOP, INC. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses.

**IT IS SO STIPULATED.**

DATED: October 15, 2020           Respectfully submitted,

                                  WILSHIRE LAW FIRM


                                  By: */s/ Thiago M. Coelho*_____
                                       Thiago M. Coelho
                                       *Attorney for Plaintiff*


DATED: October 16, 2020           KEESAL, YOUNG & LOGAN and
                                  LEWIS RICE LLC


                                  By: */s/ Ben Suter*_____
                                       Ben Suter
                                       Phillip J. Mackey, pro hac vice Forthcoming
                                       *Attorneys for Defendant*